```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
```

**REGINALD WATSON,**

                **Plaintiff,**

       v.                                           **CASE NO. 19-3227-SAC**

**(fnu) CLARK, et al.,**

                **Defendants.**

## O R D E R

    This matter is a civil action filed by a prisoner in federal custody. Plaintiff proceeds pro se and seeks leave to proceed in forma pauperis. The Court has conducted an initial review of the complaint, which states that copies of an administrative grievance and a tort claim are attached. Because the attached materials do not include those documents, the Court will direct plaintiff to supplement the record.

    IT IS, THEREFORE, BY THE COURT ORDERED plaintiff is granted to and including **Jan. 24, 2020,** to supplement the record with copies of the administrative grievance and tort claim referenced in the complaint.

    **IT IS SO ORDERED.**

    DATED:  This 10th day of January, 2020, at Topeka, Kansas.

                                                        S/ Sam A. Crow
                                                        SAM A. CROW
                                                        U.S. Senior District Judge